1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  JOHN K. BLAKE, JR.(CA SBN 262906)
   JBlake@mofo.com
3  MICHAEL P. KNIFFEN (CA SBN 263877)
   MKniffen@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiffs
   RENESAS ELECTRONICS CORPORATION and
8  RENESAS ELECTRONICS AMERICA, INC.

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENESAS ELECTRONICS CORPORATION,<br><br>and<br><br>RENESAS ELECTRONICS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HSM PORTFOLIO LLC,<br><br>TECHNOLOGY PROPERTIES LIMITED LLC,<br><br>and<br><br>ALLIACENSE LTD.,<br><br>Defendants. | Case No.   11-CV-06662-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1),
2  plaintiffs Renesas Electronics Corporation and Renesas Electronics America, Inc., by their
3  undersigned attorneys, voluntarily dismiss without prejudice the above-captioned action.

Dated: March 6, 2012

RACHEL KREVANS
JOHN K. BLAKE, JR.
MICHAEL P. KNIFFEN

MORRISON & FOERSTER LLP


By:   /s/ JOHN K. BLAKE, JR.
        JOHN K. BLAKE, JR.

Attorneys for Plaintiffs
RENESAS ELECTRONICS
CORPORATION and
RENESAS ELECTRONICS
AMERICA, INC.